# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PRINCE W.,

    Petitioner,

v.

SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; and ATTORNEY WILLIAM BARR;

    Respondents.

Case No. 19-cv-1307 (JNE/KMM)
ORDER

In a Report and Recommendation ("R&R") dated August 23, 2019, the Honorable Katherine Menendez, United States Magistrate Judge, recommended that the Court deny Petitioner's Complaint as moot. ECF No. 12. No objections were filed to that Report and Recommendation in the time period permitted. Based on a de novo review of the record, the Court accepts the conclusions of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2. Therefore, IT IS ORDERED that the Petition [ECF No. 1] is DENIED AS MOOT and this action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: September 18, 2019

*s/ Joan N. Ericksen*
Joan N. Ericksen
United States District Judge